10-48620:4.0:Application to Proceed In Forma Pauperis:Main Document Entered: 10/29/2010 3:40:32 PM by:Lisa Rafacz Page 4 of 4

**B3B (Official Form 3B) (12/07) — Cont.**

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Cox, Michelle__    Case No. __10B48620__
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __75.00__ on or before __11/16/10__
$ __75.00__ on or before __11/30/10__
$ __75.00__ on or before __12-14-10__
$ __74.00__ on or before __12-28-10__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __11/3/10__    BY THE COURT: __Jacqueline P. Cox__
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number :   10 B 48620
Case Name :    Michelle Cox

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Jacqueline P. Cox, certify that on **November 3, 2010** I caused copies of the attached **Order on Application for Waiver of the Chapter 7 Filing Fee** dated , **November 3, 2010** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**)

Michelle Cox(**)
10500 S Walden Pkwy, #4F
Chicago, IL 60643

Phillip D Levey, Esq
2722 North Racine Avenue
Chicago, IL 60614
served electroncally

William T. Neary
Office of the U. S. Trustee, Region 11
219 South Dearborn, Rm 873
Chicago, IL 60604
served electronically

FILED
NOV - 3 2010
Judge Jacqueline P. Cox
United States Bankruptcy Court

---------------------------
Anthony Watson
Courtroom Deputy